UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.E., <br><br> Plaintiff(s), <br><br> v. <br><br> HPT TRS IHG-2 Inc, et al., <br><br> Defendant(s). | CASE NO. C23-1748-KKE <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received the parties' joint status report, which references a dispute as to whether Plaintiff has filed a timely demand for a jury trial. *See* Dkt. No. 15 at 5–6. The Court's review of the record reveals no jury demand and it is not clear the basis upon which Plaintiff requests a jury trial or an advisory jury. *See id*. If Plaintiff wishes to file a motion for leave to file a jury demand, she may do so no later than February 23, 2024. If no such motion is received, the Court will schedule this matter for a bench trial.

Dated this 14th day of February, 2024.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 1