UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.E., <br><br> Plaintiff(s), <br><br> v. <br><br> HPT TRS IHG-2 Inc, et al., <br><br> Defendant(s). | CASE NO. C23-1748-KKE <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

At the oral argument on the motion to sever set for August 8, 2024 (Dkt. No. 30), the Court requests that the parties come prepared to address the following questions:

Questions for Plaintiff: What is your position on the effect of the jury demand Plaintiff filed on May 6, and what legal authority supports your position? Do you agree that the claim against the corporate Defendants will proceed to a bench trial because Plaintiff failed to timely demand a jury trial? Under that scenario, why would it be efficient or fair to keep claims that will have to be tried separately together in one action?

Questions for Corporate Defendants: Do you agree that when Plaintiff filed a jury demand after serving Defendant Mukhammadjonov, this demand was timely and effective—but only as to the claim against Mukhammadjonov? What legal authority supports this position? If the Court

MINUTE ORDER - 1

disagrees, and finds that all claims in this suit must be tried by a jury, would that finding change your position on whether severance is appropriate?

Dated this 30th day of July, 2024.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2