UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.E.,<br><br>               Plaintiff(s),<br><br>  v.<br><br>HPT TRS IHG-2 Inc, et al.,<br><br>               Defendant(s). | CASE NO. C23-1748-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

The parties stipulated to a continuance of the trial date and case schedule. Dkt. No. 34. The Court finds good cause to support a continuance, and therefore GRANTS the motion. The previous case schedule (Dkt. No. 17) is VACATED, and the Court will issue a new case schedule in accordance with the parties' stipulation.

Dated this 4th day of November, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1