UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.E., <br><br> Plaintiff(s), <br> v. <br><br> HPT TRS IHG-2 Inc, et al., <br><br> Defendant(s). | CASE NO. C23-1748-KKE <br><br> ORDER DENYING STIPULATED MOTION FOR RELIEF FROM PRETRIAL DEADLINES |

The parties[1] filed a stipulated motion to continue certain pretrial deadlines, namely the deadlines to disclose expert testimony, file discovery motions, and complete discovery. Dkt. No. 44. The motion indicates that the parties intend that all other case deadlines remain in effect. Dkt. No. 44-1 at 2.

Although the Court understands why the parties request a continuance, the specific continuance requested renders the case schedule unworkable. If (as the parties propose) the discovery cutoff is extended to July 30, 2025, but the deadline to file a dispositive motion remains June 2, 2025 (Dkt. No. 36), the schedule works against itself in preparing this matter for trial. The Court's typical case schedule requires 30 days between the discovery cutoff and the dispositive motions deadline, and 120 days between the dispositive motions deadline and the trial date. The

---

[1] Defendant Abrdurakhmon Mukhammadjonov, who is representing himself in this action and is currently incarcerated (Dkt. No. 40 at 2), did not sign the stipulated motion. Any future motion shall be designated as a stipulated motion only if it reflects an agreement of all of the parties.

ORDER DENYING STIPULATED MOTION FOR RELIEF FROM PRETRIAL DEADLINES - 1

parties' stipulated motion is therefore DENIED. The parties may discuss case scheduling with the Court at the oral argument on the motion to sever, as those issues are related. *See* Dkt. No. 45 (setting oral argument for March 13, 2025).

Dated this 25th day of February, 2025.

Kymberly K. Evanson
United States District Judge