UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.E., <br><br> Plaintiff(s), <br> v. <br><br> HPT TRS IHG-2 Inc, et al., <br><br> Defendant(s). | CASE NO. C23-1748-KKE <br><br> ORDER DECLINING TO RESOLVE THE MOTION TO COMPEL WITHOUT A FURTHER FILING |

Defendants HPT TRS IGH-2, Inc., and Sonesta International Hotels Corporation filed a motion to compel that Plaintiff represents has been resolved between the parties. *See* Dkt. Nos. 39, 48. Plaintiff attaches emails to her opposition brief to document the parties' agreement, and requests that the Court's order on the motion to compel contain particular instructions. Dkt. Nos. 48, 48-1.

The Court will not take it upon itself to find that the motion to compel has been resolved or to instruct the parties as to the terms of any future forensic examination, based solely on Plaintiff's briefing. If the parties agree that the issue has been resolved, they shall file a stipulated motion that terminates the pending motion to compel and requests an order that reflects their agreement.

Dated this 4th day of March, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DECLINING TO RESOLVE THE MOTION TO COMPEL WITHOUT A FURTHER FILING - 1