HON. KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.E., an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>HPT TRS IHG-2, INC., a Maryland corporation; SONESTA INTERNATIONAL HOTELS CORPORATION, a Massachusetts Corporation; and ABRDURAKHMON MUKHAMMADJONOV, an individual,<br><br>        Defendants. | Case No. 2:23-cv-01748-KKE<br><br>STIPULATION AND ORDER RE: PRODUCTION OF DOCUMENTS AND PRODUCTION OF ELECTRONIC DEVICES FOR FORENSIC EXAMINATION |

**STIPULATION**

Plaintiff O.E. ("**Plaintiff**"), and Defendants HBT TRS IHG-2, Inc. and Sonesta International Hotels Corporation ("**the Sonesta Defendants**"), stipulate to the following order which, if granted shall resolve the Sonesta Defendants pending Motion to Compel Production of Documents and Production of Electronic Devices for Forensic Examination ("**the Motion**").

    (1)    Plaintiff shall produce all of her text messages (including any stored in a cloud system), from any cellular telephone or other device used by Plaintiff at any time from September 30, 2022, to the present;

STIPULATED ORDER RE PRODUCTION OF DOCUMENTS AND PRODUCTION OF
ELECTRONIC DEVICES FOR FORENSIC EXAMINATION - 1
(2:23-cv-01748-KKE)

      (2)     Plaintiff shall produce all cellular devices used by Plaintiff during that time for purposes of a forensic examination by Leatha and Associates, who will return all devices to Plaintiff's attorneys that same day;

      (3)     Leatha and Associates will segregate any text messages which include counsel for Plaintiff and privilege has not been waived by including a third party;

      (4)     Counsel for the Sonesta Defendants will review the non-privileged texts and identify messages it believes should be produced;

      (5)     Counsel for Plaintiff shall within fifteen (15) days thereafter identify any texts identified by Sonesta for production that it believes are privileged;

      (6)     If the parties cannot agree on any particular privilege issue, they may bring the matter to the Court's attention for resolution;

      (7)     The cost of the forensic examination by Leatha and Associates shall be borne equally by both sides;

      (8)     Each side will bear its own attorney's fees in connection with the Motion; and

      (9)     Sonesta does not waive any issue or argument it may have regarding potential spoliation of evidence, and Plaintiff does not waiver her right to oppose any such issue or argument.

      Plaintiff and the Sonesta Defendants agree to such an order being entered.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  March 5, 2025.

STIPULATED ORDER RE PRODUCTION OF DOCUMENTS AND PRODUCTION OF ELECTRONIC DEVICES FOR FORENSIC EXAMINATION - 2
(2:23-cv-01748-KKE)

| | |
|---|---|
| LAW OFFICES OF LOURDES SANCHEZ, PC | STOEL RIVES LLP |
| *s/ Apolinar Montero-Sanchez (via email authorization)* | *s/ James M. Shore* |
| Apolinar Montero-Sanchez, WSBA 55179<br>apolinar@oregonabogada.com<br>P.O. Box 11526<br>Eugene, OR 97440<br>Telephone: 541.347.8110<br><br>*Attorneys for Plaintiff O.E.* | James M. Shore, WSBA No. 28095<br>jim.shore@stoel.com<br>Jacqueline Middleton, WSBA No. 52636<br>jacqueline.middleton@stoel.com<br>Manmit K. Dhami, WSBA No. 61332<br>manmit.dhami@stoel.com<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206.624.0900<br>Facsimile: 206.386.7500<br><br>*Attorneys for Defendants*<br>*HPT TRS IHG-2, Inc. and*<br>*Sonesta International Hotels Corporation* |
| KAFOURY & MCDOUGAL | |
| *s/ Jason Kafoury (via email authorization)*<br>Jason Kafoury, WSBA 58721<br>jkafoury@kafourymcdougal.com<br>Adam Kiel, WSBA 58324<br>kiel@kafourymcdougal.com<br>411 S.W. 2nd Avenue, Suite 200<br>Portland, OR 97204<br>Telephone: 503.224.2647<br><br>*Attorneys for Plaintiff O.E.* | |

## ORDER

The parties' stipulated motion (Dkt. No. 51) is GRANTED. As the parties have resolved the dispute that led to the filing of Defendants' motion to compel (Dkt. No. 39), the Court now DENIES that motion as moot.

Dated this 5th day of March, 2025.

*Kymberly K. Evanson*
───────────────────────
Kymberly K. Evanson
United States District Judge

STIPULATED ORDER RE PRODUCTION OF DOCUMENTS AND PRODUCTION OF ELECTRONIC DEVICES FOR FORENSIC EXAMINATION - 3
(2:23-cv-01748-KKE)