UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.E.,<br><br>　　　　　　Plaintiff(s),<br>　　v.<br><br>HPT TRS IHG-2 INC., et al.,<br><br>　　　　　　Defendant(s). | CASE NO. C23-1748-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE |

The parties filed a stipulated motion to extend the expert disclosure deadline from June 30, 2025, to July 31, 2025.  Dkt. No. 63.  The Court finds good cause for this extension, and therefore GRANTS the parties' stipulated motion.  *Id*.  All other deadlines set forth in the case schedule (Dkt. No. 58) remain unchanged.

Dated this 30th day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE - 1