UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.E., | CASE NO. C23-1748-KKE |
| Plaintiff(s), | ORDER OF DISMISSAL |
| v. | |
| HPT TRS IHG-2 INC., et al., | |
| Defendant(s). | |

Plaintiff requests that all claims against Defendant Abrdurakhmon Mukhammadjonov be dismissed with prejudice and without costs or fees to any party, under Federal Rule of Civil Procedure 41(a)(2). Dkt. No. 65. The Court GRANTS the motion, hereby DISMISSING all claims against Mukhammadjonov with prejudice and without costs or fees to any party.

Although Plaintiff's motion references a settlement with other Defendants, and the proposed order seems to contemplate a stipulated dismissal (Dkt. No. 66), Plaintiff's motion is not signed by any Defendant and seeks an order dismissing only Mukhammadjonov. Dkt. No. 65 at 2. If Plaintiff seeks to dismiss the entire action, she may specifically request this relief from the

ORDER OF DISMISSAL - 1

Court or file a notice of dismissal consistent with Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated this 11th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 2