UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O.E., | CASE NO. C23-1748-KKE |
| Plaintiff(s), | ORDER OF DISMISSAL |
| v. | |
| HPT TRS IHG-2 INC., et al., | |
| Defendant(s). | |

The parties have notified the Court that they have settled this case. Dkt. No. 68. As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

The trial date and pretrial deadlines previously set (Dkt. Nos. 58, 64) are hereby VACATED. In the event that the settlement is not perfected, any party may move to reopen the case within 60 days of this order. *See* Dkt. No. 68 at 2.

Dated this 18th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1